No. 85–1861. SHOKRIAN *v.* CARROLL, CHIEF OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 85–1866. CSEA LOCAL UNION 1000, AMERICAN FEDERATION OF STATE, COUNTY & MUNICIPAL EMPLOYEES, AFL–CIO *v.* BROCK, SECRETARY OF LABOR, ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–1867. GREAT AMERICAN AIRWAYS *v.* NEVADA STATE TAX COMMISSION. Sup. Ct. Nev. Certiorari denied.

No. 85–1868. ATLANTIC RICHFIELD CO. *v.* INTERSTATE OIL TRANSPORT CO. C. A. 2d Cir. Certiorari denied.

No. 85–1870. ROLLESTON *v.* ROSE HALL (DEVELOPMENTS) LTD. ET AL. C. A. 3d Cir. Certiorari denied.

No. 85–1871. MITCHELL *v.* CODY, ATTORNEY GENERAL OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–1873. JONES ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–1878. BOARD OF TRUSTEES OF ALABAMA STATE UNIVERSITY ET AL. *v.* AUBURN UNIVERSITY ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–1881. STANTON *v.* DISTRICT OF COLUMBIA COURT OF APPEALS. C. A. D. C. Cir. Certiorari denied.

No. 85–1882. SCINTO *v.* STAMM ET AL. C. A. 2d Cir. Certiorari denied.

No. 85–1885. GOOD'S FURNITURE HOUSE, INC. *v.* IOWA STATE BOARD OF TAX REVIEW. Sup. Ct. Iowa. Certiorari denied.

No. 85–1887. FENNELL *v.* WARNER LAMBERT CO. C. A. 2d Cir. Certiorari denied.

No. 85–1888. OWENS ET AL. *v.* FRENCH ET AL. C. A. 7th Cir. Certiorari denied.